Phyllis Dillaha BRANDON *v.* Kelly BRYANT, Secretary of State and Walter L. CARRUTH, Chairman of American Party of Arkansas

5-6154                                    484 S.W. 2d 884

September 27, 1973

## ORDER OF DISMISSAL

Per Curiam

For the reasons stated in Per Curiam order of this date in No. 5-6159, *American Party of Arkansas* v. *Brandon,* this action is dismissed.